# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| SAMUEL R. JACKSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:15-cv-00059-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| HUBERT CORPENING, | ) | |
| FRANK W. LABORE, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 15, 2015 Order.

May 15, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court